# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brandon Mykel Wood,<br><br>        Plaintiff,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>        Defendants. | No. CV-14-02664-PHX-PGR (ESW)<br><br>**REPORT AND RECOMMENDATION** |

The Court having considered the parties' Stipulation to Dismiss (Doc. 11), and good cause appearing,

IT IS HEREBY ORDERED recommending that the parties' Stipulation to Dismiss (Doc. 11) be granted.

IT IS FURTHER ORDERED recommending that this lawsuit be dismissed with prejudice as to all Defendants, each party to bear their own respective attorneys' fees and costs.

This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Fed. R. App. P. 4(a)(1) should not be filed until entry of the District Court's judgment. The parties shall have fourteen days from the date of service of a copy of this recommendation within which to file specific written objections with the Court. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Thereafter, the parties have fourteen days within which to file a response to the objections. Failure to file timely objections to the Magistrate Judge's Report and

Recommendation may result in the acceptance of the Report and Recommendation by the District Court without further review. Failure to file timely objections to any factual determinations of the Magistrate Judge may be considered a waiver of a party's right to appellate review of the findings of fact in an order or judgment entered pursuant to the Magistrate Judge's recommendation. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *Robbins v. Carey*, 481 F.3d 1143, 1146-47 (9th Cir. 2007).

Dated this 28th day of April, 2015.

Honorable Eileen S. Willett
United States Magistrate Judge