# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brandon Mykel Wood, | No. CV-14-02664-PHX-PGR |
| Plaintiff, | **ORDER** |
| v. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court has before it the Report and Recommendation (Doc. 13) recommending that the case be dismissed with prejudice based on the parties' Stipulation to Dismiss (Doc. 11). The Court will accept and adopt the Report and Recommendation.

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (Doc. 13) is accepted and adopted by the Court.

IT IS FURTHER ORDERED that the parties Stipulation to Dismiss (Doc. 11) is granted.

IT IS FURTHER ORDERED that this lawsuit is dismissed with prejudice as to all Defendants and each party is to bear their own respective attorneys' fees and costs.

Dated this 26th day of May, 2015.

_____
Paul G. Rosenblatt
United States District Judge